UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos.  23-1900 & 23-2043

———————

RONALD KOONS; NICHOLAS GAUDIO; JEFFREY M. MULLER; GIL TAL;
SECOND AMENDMENT FOUNDATION INC;
FIREARMS POLICY COALITION INC;
COALITION OF NEW JERSEY FIREARM OWNERS;
NEW JERSEY SECOND AMENDMENT SOCIETY

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE,

PRESIDENT OF NEW JERSEY STATE SENATE,
SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
Intervenors in District Court
(D.N.J. No. 1:22-cv-07464)

AARON SIEGEL; JASON COOK; JOSEPH DELUCA; NICOLE CUOZZO; TIMOTHY
VARGA; CHRISTOPHER STAMOS; KIM HENRY; ASSOCIATION OF NEW
JERSEY RIFLE AND PISTOL CLUBS INC.

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE

PRESIDENT OF THE NEW JERSEY STATE SENATE,
SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY
Intervenors in District Court
(D.N.J. No. 1:22-cv-07463)

Attorney General New Jersey and
Superintendent New Jersey State Police,
Appellants in 23-1900

Aaron Siegel, et al.
Appellants in 23-2043

———————————————

On Appeal from

(D.N.J. Nos. 1:22-cv-07464 and 1:22-cv-07463)

———————————

ORDER SUR PETITIONS
FOR REHEARING EN BANC

———————————

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, and MASCOTT, *Circuit Judges*

  A majority of the active judges having voted for rehearing en banc in the above captioned cases, it is ordered that the petitions for rehearing are GRANTED. The Clerk of this Court shall list the cases for rehearing en banc. The opinion filed on September 10, 2025, amended on September 17, 2025, and the judgment entered on September 10, 2025 are hereby vacated.

        BY THE COURT,

        s/ Michael A. Chagares
        Chief Judge

Date:  December 11, 2025
Sb/cc: All Counsel of Record